# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| CURTIS TYNER, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:21-cv-83 |
| | * | |
| v. | * | |
| | * | |
| JOHN R. TURNER, | * | |
| | * | |
| Defendant. | * | |

### ORDER

Before the Court are Plaintiff's Objections to the Magistrate Judge's January 18, 2022 Report and Recommendation. Dkt. No. 6. In the Report, the Magistrate Judge recommended the Court dismiss Plaintiff's Complaint in its entirety because the only named Defendant, John Turner, is a judge entitled to absolute immunity from suits under 42 U.S.C. § 1983. Dkt. No. 4. Additionally, the Magistrate Judge recommended the Court deny Plaintiff *in forma pauperis* status on appeal. Id.

Plaintiff has filed Objections to the Magistrate Judge's recommendations. Dkt. No. 6. Plaintiff clarifies he is seeking a writ of mandamus, and not asserting a § 1983 claim, against Defendant Turner. Defendant Turner appears to be a judge for

AO 72A
(Rev. 8/82)

the State of Georgia. Because Defendant Turner is a state court judge, this Court has no authority to issue a writ of mandamus. A writ of mandamus is used to "compel an officer or employee of the United States or any agency thereof." See 28 U.S.C. § 1361. "Neither a state court nor a state judge qualifies as an officer or employee of the United States." Casey v. United States, No. 4:17-cv-78, 2017 WL 1030373 (citing Bailey v. Silberman, 226 F. App'x 922, 924 (11th Cir. 2007) ("Federal courts have no jurisdiction to issue writs of mandamus directing a state court and its judicial officers in the performance of their duties where mandamus is the only relief sought.")).

Accordingly, Plaintiff is not entitled to a writ of mandamus compelling Defendant Turner to act, and his Complaint should be dismissed to the extent he seeks such relief. Thus, Plaintiff's Objections are without merit and are **OVERRULED**.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections. Further, the Court **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis*

status on appeal.

**SO ORDERED**, this \_\_\_7\_\_\_ day of \_\_\_February_____, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

3